

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-18-00214-CR

TEZELLE MOORE                                                      APPELLANT

V.

THE STATE OF TEXAS                                                      STATE

----------

FROM THE 432ND DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 1276457R

----------

## MEMORANDUM OPINION[1]

----------

Appellant Tezelle Moore attempts to appeal the trial court's July 19, 2012 "Nunc Pro Tunc Order Correcting Minutes of the Court."

Appellant's notice of appeal was due August 20, 2012, but was not filed until April 25, 2018. *See* Tex. R. App. P. 26.2(a)(1). By letter dated May 17, 2018, we notified Appellant of our concern that we lack jurisdiction over his

---

[1]*See* Tex. R. App. P. 47.4.

appeal because the notice of appeal was not timely field.  Tex. R. App. P. 26.2. We requested a response showing grounds for continuing the appeal and cautioned that the appeal may be dismissed for want of jurisdiction. *See* Tex. R. App. P. 43.2(f); 44.3.

Appellant filed a response but it does not provide grounds supporting our jurisdiction to continue his appeal.  We therefore dismiss the appeal for want of jurisdiction.  *See* Tex. R. App. P. 43.2(f); 44.3.

/s/ Bonnie Sudderth

BONNIE SUDDERTH
CHIEF JUSTICE

PANEL:  SUDDERTH, C.J.; WALKER and MEIER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  July 5, 2018

2